IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-00204-01-CR-W-SOW |
| ) | |
| MONARD D. MOSLEY, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate John T. Maughmer regarding defendant's *pro se* Motion to Dismiss Case for Mistaken Identity & Jurisdictional Issues Over a Sovereign and Affidavit of Mistaken Identity (Docs. #27 and 28). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's *pro se* Motion to Dismiss Case for Mistaken Identity & Jurisdictional Issues Over a Sovereign and Affidavit of Mistaken Identity (Docs. #27 and 28) are denied without prejudice to the reassertion of these issues by and through appointed counsel.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date: 2/15/2008